**Rozlon THOMAS, Plaintiff–Appellant**

v.

**UNITEDHEALTH GROUP, INC.; Mark Gwin, Defendants–Appellees.**

No. 14–3595.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2015.

Filed: May 14, 2015.

Rozlon Thomas, Minneapolis, MN, pro se.

---

1. Loretta E. Lynch is substituted for her predecessor, Eric H. Holder, Jr., as the Attorney General of the United States. *See* Fed. R.App. P. 43(c)(2).

Katie Connolly, Jen Cornell, Sandra Leigh Jezierski, Nilan & Johnson, Minneapolis, MN, for Defendant–Appellee.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Rozlon Thomas appeals the district court's[1] adverse grant of summary judgment in her action against her former employer, in which she asserted race discrimination and retaliation claims under Title VII and the Minnesota Human Rights Act (MHRA). Upon careful de novo review, *see Torgerson v. City of Rochester*, 643 F.3d 1031, 1042–43 (8th Cir.2011) (en banc) (standard of review; same analysis applies to Title VII and MHRA claims), we conclude that the district court's decision was correct, *see Jackman v. Fifth Judicial Dist. Dep't of Corr. Servs.*, 728 F.3d 800, 804 (8th Cir.2013) (discussing standards applicable to claims of unlawful retaliation; to establish claim of retaliation, plaintiff must show that retaliation was "but for" cause of adverse employment action); *Gibson v. Am. Greetings Corp.*, 670 F.3d 844, 852–55 (8th Cir.2012) (discussing standards applicable to race discrimination claims; affirming summary judgment for defendant where plaintiffs' evidence was insufficient to create genuine issue regarding pretext).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.